UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANN SEKMISTRZ,

    Plaintiff,                               Case No. 22-cv-11438

v.

                                       HON. MARK A. GOLDSMITH

CITY OF MELVINDALE et al.,

    Defendants.

_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                                    KINIKIA ESSIX
                                                    CLERK OF THE COURT

                                     By:    s/Kristen Castaneda
                                                  DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: August 26, 2024